GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, NV 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: gms@thorndal.com

Attorneys for Defendant
AMERICAN NATIONAL PROPERTY AND
CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# CLARK COUNTY NEVADA

| | |
|---|---|
| WILLIAM WITTER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, a foreign corporation; DOE DRIVER; DOE CLAIM ADJUSTER I through X; DOE CLAIM SUPERVISOR I through X; ROE INSURANCE COMPANY XI through XX; DOES I through X, inclusive, ROE CORPORATION XI through XX, inclusive and ROE COMPANIES I-X;<br><br>　　　　　Defendants. | CASE NO.: 2:24-cv-01923-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///
///
///
///
///
///
///

-1-

COME NOW the parties, by and through their counsel of record, and hereby stipulate to dismiss plaintiff's claims with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED: July 9, 2025

**THE BIG GUNS INJURY ATTORNEYS**

/s/ Benjamin J. Carman

BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
4045 Spencer Street Suite A52
Las Vegas, NV 89119
(702) 500-GUNS

Attorneys for Plaintiff
WILLIAM WITTER

DATED: July 9, 2025

**THORNDAL ARMSTRONG, PC**

/s/ Greg Schulman

GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
600 S. Las Vegas Blvd, Ste. 400
Las Vegas, NV 89101
(702) 366-0622

Attorneys for Defendant
AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY

**IT IS SO ORDERED.**
Dated this __9__ day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE

## Bonnie J. Hastings

| | |
|---|---|
| **From:** | Greg Schulman |
| **Sent:** | Wednesday, July 9, 2025 10:09 AM |
| **To:** | Benjamin Carman |
| **Cc:** | Bonnie J. Hastings |
| **Subject:** | RE: ANPAC.Witter |

Yes, but we'll hold off submitting the SAO until you have the check.

**From:** Benjamin Carman <Ben@thebigguns.law>
**Sent:** Wednesday, July 9, 2025 10:06 AM
**To:** Greg Schulman <gms@thorndal.com>
**Cc:** Bonnie J. Hastings <bjh@thorndal.com>
**Subject:** RE: ANPAC.Witter

You have my permission to use my electronic signature on the SAO. I trust you will have the check on hand when I come to pick it up.

**From:** Greg Schulman <gms@thorndal.com>
**Sent:** Wednesday, July 9, 2025 9:31 AM
**To:** Benjamin Carman <Ben@thebigguns.law>
**Cc:** Bonnie J. Hastings <bjh@thorndal.com>
**Subject:** FW: ANPAC.Witter

Ben:

We still have the settlement check. Please let me know when you are going to pick it up.

I am also following up on the attached stip and order for dismissal. Thanks.

**From:** Greg Schulman
**Sent:** Monday, June 9, 2025 5:25 PM
**To:** 'Benjamin Carman' <Ben@thebigguns.law>
**Cc:** Bonnie J. Hastings <bjh@thorndal.com>
**Subject:** RE: ANPAC.Witter

Ben:

Attached is the proposed stipulation and order for dismissal. Can you please let me know if I can submit this to the court with your e-signature once you received the settlement check. Thank you.

**From:** Benjamin Carman <Ben@thebigguns.law>
**Sent:** Monday, June 9, 2025 4:02 PM

1